IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FITZRAY ANTONIO NELSON, *et al.*, | : |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION NO. 18-0340-TM-N |
| COREY JAMES ADKINSON, *et al.*, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 36) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated September 19, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss the Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted (Doc. 22) filed by Defendant First Acceptance Insurance Company is **DENIED**.

**DONE and ORDERED** this 15th day of October, 2018.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE